147 A.3d 873

IN THE MATTER OF SUNILA D. DUTT, AN ATTORNEY
AT LAW (ATTORNEY NO. 022872011)

October 31, 2016

## ORDER

**SUNILA D. DUTT** of **ASHBURN, VIRGINIA,** who was admitted to the bar of this State in 2012, having pleaded guilty in the

United States District Court for the District of New Jersey to an Information charging her with a dual-object conspiracy to commit visa fraud, contrary to Title 18 *U.S.C.* § 1546, and to obstruct justice, contrary to Title 18, *U.S.C.* § 1519, in violation of *U.S.C.* § 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20-13(b)(1), **SUNILA D. DUTT** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **SUNILA D. DUTT** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **SUNILA D. DUTT** comply with *Rule* 1:20-20 dealing with suspended attorneys.